UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CATHERINE COFFMAN,

                Plaintiff,

         v.

POSHMARK, INC., MANISH CANDRA, NAVIN CHADDHA, EBONY BECKWITH, JEFF EPSTEIN, JENNY MING, HANS TUNG, and SERENA J. WILLIAMS,

                Defendants.

No. 22-CV-10229 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On December 2, 2022, a complaint was filed in this matter purporting to seek to preliminarily enjoin a "stockholder vote unless and until … [Securities] Exchange Act violations are cured." Complaint ¶ 5. According to the complaint, the stockholder vote is scheduled for December 27, 2022. To date, Plaintiff has not moved for a temporary restraining order or preliminary injunction, nor has Plaintiff filed proof of service on the docket.

    By no later than December 9, 2022, Plaintiff shall provide a status update to the Court indicating whether she intends to seek preliminary relief, and if so, when she intends to do so. She shall also advise as to when she expects service to be effectuated.

SO ORDERED.

Dated:    December 6, 2022
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge